SC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.  CV 19-05873-PHX-DGC (MHB) |
| Plaintiff, | CR 12-01716-PHX-DGC |
| v. | **ORDER** |
| Gary Stephen Vogt, | |
| Defendant/Movant. | |

The Court adopts the Report and Recommendation of Magistrate Judge Michelle H. Burns.  Doc. 15.  As stated at the plea and sentence hearing held on February 3, 2021, Defendant's conviction on Count 6 is vacated.  The Clerk is directed to terminate this action.

Dated this 4th day of February, 2021.

David G. Campbell
Senior United States District Judge